# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NOLDEN D. ADAMS, JR. AND HIS
SPOUSE, CARRIE K. ADAMS,
INDIVIDUALLY AND AS NATURAL
TUTORS OF THEIR MINOR CHILD,
OLIVER D. ADAMS

NO.  2021 CW 1423

VERSUS

**MARCH 10, 2022**

ST. MARY PARISH SCHOOL
BOARD, ET AL.

---

In Re:  Hospital Service District No. 3 of the Parish of Lafourche, State of Louisiana and Annalise Himmel Allemand, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 131,454.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

> **VGW**
> **AHP**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT